UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION


Lindsey Williams-Diggins,                                    Case No.  3:16-cv-1938

                      Plaintiff,

         v.                                                  JUDGMENT ENTRY

Mercy Health,

                      Defendants.



         For the reasons stated in the Memorandum Opinion filed concurrently, Mercy Health's

motion to dismiss Williams-Diggins' complaint for lack of standing pursuant to Rule 12(b)(1), (Doc.

No. 27), is granted.



         So Ordered.


                                                     s/ Jeffrey J. Helmick
                                                     United States District Judge